UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>              Plaintiff,<br><br>   v.<br><br>ATENLY, et al.,<br><br>              Defendants. | Case No. 22-cv-02915-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2023, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915. The Court ordered Plaintiff to pay the $402 filing and administrative fee in full by February 17, 2023, or face dismissal of this action. ECF No. 6. The deadline to pay the filing fee in full has passed, and Plaintiff has not paid the filing fee. The Court therefore DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to filing a request to reopen, but any request to reopen must be accompanied by the full filing and administrative fees. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff and close the case.

**IT IS SO ORDERED.**

Dated: February 24, 2023

                                                                                                JON S. TIGAR<br>
                                                                           United States District Judge